**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br>RAJRANG, INC., a California Corporation; and DOES 1-10, <br><br>　　　　Defendant. | Case No. 5:21-CV-00784-JWH-KK <br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 25]" entered substantially contemporaneously herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367.

2. The operative pleading is the First Amended Complaint [ECF No. 10] of Plaintiff Dwain Lammey.

3. The two claims for relief in Plaintiff's First Amended Complaint are **DISMISSED without leave to amend**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 24, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE